IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RONALD DWAYNE JAMES,

    Plaintiff,

v.                                                    CASE NO. 1:08-cv-00169-MP-AK

STATE OF FLORIDA,

    Defendant.

_____/

## **O R D E R**

    This matter is before the Court on Doc. 9, Motion to Dismiss, filed by Plaintiff. Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, a plaintiff may dismiss an action without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer or a motion for summary judgment. The Court interprets Plaintiff's motion as a notice of dismissal pursuant to Rule 41(a)(1)(a). The requirements of the rule having been met, this action is dismissed without prejudice. The Clerk is directed to close the file.

    **DONE AND ORDERED** this  *28th* day of October, 2008

                                         *s/Maurice M. Paul*
                                    Maurice M. Paul, Senior District Judge